UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DAVID BOWMAN,<br><br>Defendant. | NO. CR21-178 JLR<br><br>**INFORMATION** |

The United States Attorney charges that:

### COUNT 1
**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, but within the last five years, and ending on or about September 4, 2020, in Bellingham, within the Western District of Washington, and elsewhere, MATTHEW DAVID BOWMAN, and others known and unknown, knowingly and intentionally did conspire to distribute controlled substances under Title 21, United States Code, Section 812, including cocaine and ketamine.

It is further alleged that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

//
//

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

DATED this 25th day of October, 2021.

*Sarah Y. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

_____ For
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney